UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:11CR00049-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| RODNEY W. WHITNEY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Joint Motion to Correct Clerical Error in Judgment (Doc. 29). In summary, the parties requests that this Court issue an Amended Judgment in a Criminal case, ordering a $200 special assessment and correcting a typographical error so that total restitution is $2,077,488.39. For the reasons set forth in the Joint Motion and pursuant to Fed. R. Crim. P. 36, the Motion is GRANTED.

IT IS THEREFORE ORDERED that the Clerk shall issue an Amended Judgment in a Criminal Case that includes a $200 assessment and restitution in the amount of $2,077,488.39.

Signed: May 3, 2013

Frank D. Whitney
United States District Judge