UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:11CR00049-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| RODNEY W. WHITNEY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Second Motion to Correct Clerical Error. In summary, the Government requests that this Court issue a Second Amended Judgment in a Criminal case, ordering payment of monetary penalties to begin immediately combined with payment in equal monthly installments of $50 to commence 60 days after release from imprisonment to a term of supervision. For the reasons set forth in the Second Motion and pursuant to Fed. R. Crim. P. 36, the Motion is GRANTED.

IT IS THEREFORE ORDERED that the Clerk shall issue a Second Amended Judgment in a Criminal Case that requires payment of monetary penalties to begin immediately combined with payment in equal monthly installments of $50 to commence 60 days after release from imprisonment to a term of supervision.

Signed: May 9, 2013

Frank D. Whitney
United States District Judge

1